UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CALDWELL,<br>          Plaintiff,<br><br>vs.<br><br>ROSEVILLE JOINT UNION HIGH<br>SCHOOL DISTRICT; JAMES JOINER<br>and R. JAN PINNEY, in their<br>official capacities as members<br>of the Board of Education; TONY<br>MONETTI,in his official capacity<br>as Superintendent; STEVEN LAWRENCE<br>in his official capacity as<br>Assistant Superintendent for<br>Curriculum and Instruction; DONALD<br>GENASCI, in his official capacity<br>as Deputy Superintendent for<br>Personnel and Chief Compliance<br>Officer; RONALD SEVERSON,in his<br>official capacity as Principal of<br>Granite Bay High School;<br>          Defendants.<br>_____/ | No. 2:05-CV-00061-FCD-JFM<br><br><br><br>ORDER |

    Having reviewed the Ex Parte Application of the Defendants, ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT; JAMES JOINER; R. JAN PINNEY; TONY MONETTI; STEVEN LAWRENCE; DONALD GENASCI; and RONALD SEVERSON, and the opposition filed by the plaintiff thereto, the Court finds that Good Cause does not exist and the Ex-parte Application is DENIED.

1 | Defendants, ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT;
2 | JAMES JOINER; R. JAN PINNEY; TONY MONETTI; STEVEN LAWRENCE;
3 | DONALD GENASCI; and RONALD SEVERSON shall file their answer to
4 | the Fourth Amended Complaint on or before December 1, 2005.
5 | IT IS SO ORDERED.
6 | DATED: November 28, 2005.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE