**Larry Caldwell (SBN 88867)**
1380 Lead Hill Blvd., Suite 106
Roseville, California 95661
Telephone:   (916) 774-4667
Facsimile:    (916) 797-4954
caldwellandassociates@surewest.net

Plaintiff in Pro Per

**Kevin T. Snider, SBN 170988**
PACIFIC JUSTICE INSTITUTE
9851 Horn Road, Suite 115
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
kevinsnider@pacificjustice.org

Attorney for Plaintiff

**Mathew D. Evans, SBN 78771**
**James B. Carr, SBN 53274**
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA  95825
jcarr@lomde.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY CALDWELL,**<br><br>      Plaintiff,<br><br>vs.<br><br>**ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT; JAMES JOINER, et al,**<br><br>      **Defendants.**<br>_____ | CASE NO. 2:05-CV-00061-FCD-JFM<br><br>**STIPULATION AND ORDER RE SCHEDULING OF CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

## STIPULATION

Defendants have filed two Motions for Partial Summary Judgment and a Motion for Sanctions that are currently set for hearing on August 4, 2006.

Plaintiff plans to file at least one and probably three Motions for Partial Summary Judgment on or before August 4, 2006, to be noticed for hearing on September 15, 2006.

Plaintiff and defendants are in agreement that it is desirable to have their respective Motions for Partial Summary Judgment heard on the same date.

Therefore, Plaintiff and his co-counsel, on the one hand, and Defendants, through their attorney of record, on the other hand, have stipulated that the hearing on Defendants' two Motions for Partial Summary Judgment and Defendants' Motion for Sanctions will be continued from August 4, 2006 to September 15, 2006, so that Plaintiff's Motions and Defendants' Motions can be heard at the same time, and that Plaintiff will file and serve his Motion(s) for Partial Summary Judgment on or before August 4, 2006, to be noticed for hearing on September 15, 2006.

The briefing schedule for Defendants' motions and Plaintiffs' motions will be according to the Eastern District's Local Rules as calendared on the basis of the September 15, 2005 hearing date.

However, as part of this stipulation, Plaintiff stipulates in advance that ,after Plaintiff files his moving papers for his Motion(s) for Partial Summary Judgment, Plaintiff, upon request by Defendants, will agree to an order granting a further continuance of the joint hearing date for Plaintiff's Motion(s) and Defendants' Motions from September 15, 2006 to the first date available on this court's motion calendar that is two weeks after September 15, 2006 (in order to give defendants an additional two weeks to respond to Plaintiff's Motion(s) if defendants determine that such additional time to respond is needed).  If defendants elect to request such additional continuance of the joint hearing on the motions, counsel for defendants will prepare and file an appropriate Stipulation and Order regarding such additional continuance to the court.

/ / / /

/ / / /

**STIPULATION AND ORDER RE SCHEDULING OF MSJ'S**

DATED: July 14, 2006         By:   /s/  Larry Caldwell
                                   Larry Caldwell
                                   Plaintiff in Pro Per

DATED: July 14, 2006         **PACIFIC JUSTICE INSTITUTE**

                             By:   /s/  Kevin T. Snider
                                   Kevin T. Snider, Esq.,
                                   Attorney for Plaintiff

DATED:  July 14, 2006        **EVANS, WEICKOWSKI & WARD, LLP**

                             By:   /s/  Matthew D. Evans          .
                                   Mathew D. Evans, Esq,
                                   Attorneys for Defendants

**ORDER**

Based upon the foregoing stipulation by the parties, the court orders as follows:

The hearing date on Defendants' two Motions for Partial Summary Judgment and Motion for Sanctions are continued from August 4, 2006 to September 15, 2006.

Plaintiff is ordered to file and serve any Motions for Partial Summary Judgment that he wants heard on or before August 4, 2006, and to notice Plaintiff's Motions for Partial Summary Judgment for hearing on September 15, 2006 at 10:00 a.m. in Courtroom #2.

**IT IS SO ORDERED**.

Dated: July 18, 2006              /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL, JR.,
                                  UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RE SCHEDULING OF MSJ'S**