1

2   Larry Caldwell, SBN 88867
    1380 Lead Hill Boulevard Suite 106
3   Roseville, CA  95661
    (916)774-4667
4   (916)797-4954
5   Plaintiff, In Pro Per

6   Kevin T. Snider, SBN 170988
    Mathew McReynolds, SBN 234797
7   PACIFIC JUSTICE INSTITUTE
    9851 Horn Road, Suite 115
8   PO Box 276600
    Sacramento, CA 95827
9   Tel. (916) 857-6900
    Fax (916) 857-6902
10

11  Attorneys for Plaintiff Larry Caldwell.

12              **UNITED STATES DISTRICT COURT**

13             **EASTERN DISTRICT OF CALIFORNIA**

14

15                                  )Case No.:  2:05-CV-00061-FCD-JFM
                                     )
16  LARRY CALDWELL,                  )**STIPULATION AND ORDER FOR PAGE**
                                     )**EXTENSION AND CONTINUATION OF**
17        Plaintiff,                 )**HEARING DATE ON PLAINTIFF'S AND**
                                     )**DEFENDANTS' MOTIONS FOR SUMMARY**
18  vs.                              )**JUDGEMENT**
                                     )
19                                  )
                                     )
20  ROSEVILLE JOINT UNION HIGH       )
    SCHOOL DISTRICT; JAMES JOINER;   )
21  R. JAN PINNEY; TONY MONETTI;     )
    STEVEN LAWRENCE; DONALD          )
22  GENASCI; RONALD SEVERSON,        )
                                     )
23        Defendants.                )DATE:   October 13, 2006
                                     )TIME:   10:00 a.m.
24                                  )CTRM:  2
                                     )JUDGE:  Hon. Frank C. Damrell, Jr.
25                                  )TRIAL DATE:  None set
                                     )
                                     )
                                     )
                                     )

    ///

    ///

STIPULATION

In an order dated July 26, 2006, the Court has ordered defendants to re-file their Motion for Summary Judgment by August 9, 2006, and for hearing on September 15, 2006.

In said order, the Court has granted defendants a ten page extension from its standard twenty page limit for a memorandum of points and authorities.

Pursuant to the Court's Order dated July 18, 2006, Plaintiff's motion for summary judgment is currently scheduled for filing and service on August 4, 2006, and for hearing on September 15, 2006.

Plaintiff is also in need of a page extension as well as a time extension in order to combine his planned three motions for partial summary judgment into a single motion for summary judgment, so that Plaintiff's summary judgment motion will be in compliance with the Court's direction to Defendants in the July 26, 2006 Order that Defendants are to file a single summary judgment motion, rather than multiple summary judgment motions.

Attorney James B. Carr has recently left the employ of Evans, Wieckowski & Ward. James K. Ward will be taking over the handling of this file on behalf of Defendants and will need additional time to become familiar with the file and prepare and file the Defendants' motion.

Therefore, Plaintiff and his co-counsel, and Defendants, through their attorneys of record, do hereby stipulate to a ten (10) page extension to Plaintiff's memorandum of points and authorities in support of summary judgment, and Plaintiff and his co-counsel, and Defendants, through their attorneys of record, also stipulate to continue the proposed hearing date on the parties' respective motions for summary judgment to October 13, 2006 or to a subsequent date

that is convenient to the court's calendar.

Further, the parties do hereby stipulate to the continuance of hearing on Defendants' Rule 11 Motion for Sanctions, to the same date and time as hearing on motions for summary judgment.

The parties further stipulate to the filing and service of moving, opposition and reply papers based upon the hearing date and the court's local rules (78-230).

SO STIPULATED.

August 1, 2006                                          /s/Larry Caldwell
                                       Larry Caldwell, Plaintiff in Pro Per


DATED: August 1, 2006

                              **PACIFIC JUSTICE INSTITUTE**

                              By:    /s/  Kevin T. Snider
                                     Kevin T. Snider, Esq.,
                                     Attorney for Plaintiff


DATED:  August 1, 2006        **EVANS, WEICKOWSKI & WARD, LLP**


                              By:    /s/  James K. Ward            .
                                     James K. Ward
                                     Attorneys for Defendants


                              **ORDER**

Based upon the foregoing stipulation by the parties, and good cause appearing for the relief sought in the Stipulation, the Court orders as follows:

Hearing on the parties' motion for summary judgment is continued from September 15, 2006 to October 13, 2006 at 10:00 a.m.

Plaintiff and Defendants are granted a ten-page extension to the standard twenty pages for a memorandum of points and authorities.

1

2          Hearing on Defendants' Rule 11 Motion for Sanctions is continued to October 13, 2006 at

3    10:00 a.m.  Filing and service of moving, opposition and reply papers governed by Local Rule

4    (78-230).

5          **IT IS SO ORDERED.**

6

7    Date:   August 4, 2006                    /s/ Frank C. Damrell Jr.
                                               FRANK C. DAMRELL, JR.,
8                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25